**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00380-CV

### RICHARD A. MYERS, ET AL., Appellants

### V.

### LINDA PAVLIK, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13928**

## ORDER

We **GRANT** appellees' July 8, 2013 unopposed motion for an extension of time to file their brief. Appellees shall file their brief on or before August 14, 2013. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE